1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   SALIMA WITT,                              Case No. 21-cv-00411-BAS-AGS
12                            Plaintiff,
                                               **ORDER TO SHOW CAUSE**
13        v.
14   LAZY ACRES, *et al.*,
15                            Defendants.
16
17
18
19
20        Plaintiff Salima Witt filed this action on March 8, 2021.  (ECF No. 1.)  Rule 4(m) of
21   the Federal Rules of Civil Procedure provides that if the defendant is not served within
22   ninety days after the complaint is filed, the court must dismiss the action against the
23   defendant or order that service be made within a specified time.  In addition, a district court
24   has the inherent power to dismiss an action if the plaintiff has failed to prosecute the case.
25   *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962).
26        Plaintiff has failed to complete service of the Complaint on Defendant Lazy Acres
27   within ninety days.  Therefore, the Court **ORDERS** Plaintiff to show cause, **on or before**
28

- 1 -

**September 20, 2021**, as to why this case should not be dismissed against Defendant Lazy Acres under Federal Rule of Civil Procedure 4(m) and this Court's inherent authority.

      **IT IS SO ORDERED.**

**DATED: August 30, 2021**

Hon. Cynthia Bashant
United States District Judge