| | |
|---|---|
| 1 | KIMBERELY M. TALLEY (SBN 146898) |
| |    ktalley@constangy.com |
| 2 | STEVEN B. KATZ (SBN 139078) |
| 3 |    skatz@constangy.com |
| | JOANNA E. MACMILLAN (SBN 281891) |
| 4 |    jmacmillan@constangy.com |
| 5 | LISA YUMI MITCHELL (SBN 311407) |
| |    lmitchell@constangy.com |
| 6 | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| 7 | 2029 Century Park East, Suite 1100 |
| | LOS ANGELES, CA 90067 |
| 8 | Telephone: 310.909.7775 |
| 9 | Facsimile: 424.465.6630 |

Attorneys for Defendant
BRISTOL FARMS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| SALIMA WITT, | Case No. 3:21-cv-00411-BAS-AGS |
|---|---|
|       Plaintiff, | |
| vs. | **DEFENDANT BRISTOL FARMS' NOTICE OF MOTION AND MOTION TO DISMISS** |
| BRISTOL FARMS, et al. | |
|       Defendants. | [Fed. R. Civ. P. 12(b)(6)] |
| | Date: October 25, 2021 |
| | Courtroom: 4B |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| | District Judge: Cynthia A. Bashant |
| | Magistrate Judge: Andrew G. Schopler |
| | Complaint Filed: March 8, 2021 |

1
DEFENDANT BRISTOL FARMS' NOTICE OF MOTION AND MOTION TO
DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

**TO ALL PARTIES AND THEIR COUNESL OF RECORD:**

PLEASE TAKE NOTICE that on October 25, 2021, or as soon thereafter as counsel can be heard in the above-entitled Court, located at 221 West Broadway, 4th Floor, San Diego, CA 92101, before the Honorable Cynthia A. Bashant in Courtroom 4B, Defendant Bristol Farms ("Bristol Farms") will and hereby does move this Court to dismiss Plaintiff's Complaint as to Plaintiff's First Cause of Action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the following grounds:

1. Plaintiff's First Cause of Action under 42 U.S.C. § 12101 et seq. for violation of the Americans with Disabilities Act of 1990 fails as a matter of law because Plaintiff has not set forth sufficient factual allegations to support this claim against Bristol Farms.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Request for Judicial Notice, and the Declaration of Lisa Yumi Mitchell filed herewith, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

//

//

//

1  //

2  This Motion is made following the conference of counsel on September 3, 23, and 24, 2021.

Dated:  September 24, 2021          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/ Steven B. Katz
    Kimberly M. Talley, Esq.
    Steven B. Katz, Esq.
    Joanna E. MacMillan, Esq.
    Lisa Yumi Mitchell, Esq.
    Attorneys for Defendant
    BRISTOL FARMS

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, the foregoing document was served on counsel by filing via the CM/ECF system, which will send an email notice to registered parties.

Dated:  September 24, 2021     **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/ Steven B. Katz
    Kimberly M. Talley, Esq.
    Steven B. Katz, Esq.
    Joanna E. MacMillan, Esq.
    Lisa Yumi Mitchell, Esq.
    Attorneys for Defendant
    BRISTOL FARMS