| | |
|---|---|
| 1 | KIMBERELY M. TALLEY (SBN 146898) |
| | ktalley@constangy.com |
| 2 | STEVEN B. KATZ (SBN 139078) |
| 3 | skatz@constangy.com |
| | JOANNA E. MACMILLAN (SBN 281891) |
| 4 | jmacmillan@constangy.com |
| 5 | LISA YUMI MITCHELL (SBN 311407) |
| | lmitchell@constangy.com |
| 6 | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| 7 | 2029 Century Park East, Suite 1100 |
| | LOS ANGELES, CA 90067 |
| 8 | Telephone: 310.909.7775 |
| 9 | Facsimile: 424.465.6630 |

Attorneys for Defendant
BRISTOL FARMS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA WITT, | Case No. 3:21-cv-00411-BAS-AGS |
| Plaintiff, | |
| vs. | **DEFENDANT BRISTOL FARMS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES** |
| BRISTOL FARMS, et al. | |
| Defendants. | Date: August 15, 2022 |
| | Courtroom: 4B |
| | |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| | |
| | District Judge: Cynthia A. Bashant |
| | Magistrate Judge: Andrew G. Schopler |
| | |
| | Complaint Filed: March 8, 2021 |

8366146v1

1

DEFENDANT BRISTOL FARMS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

**TO ALL PARTIES AND THEIR COUNESL OF RECORD:**

PLEASE TAKE NOTICE that on August 15, 2022, or as soon thereafter as counsel can be heard in the above-entitled Court, located at 221 West Broadway, 4th Floor, San Diego, CA 92101, before the Honorable Cynthia A. Bashant in Courtroom 4B, Defendant Bristol Farms ("Bristol Farms") will and hereby does move this Court for an award of attorneys fees as prevailing party pursuant to 42 U.S.C. § 12205 and Fed. R. Civ. Proc. 54(d)(2).

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Steven B. Katz and exhibits filed herewith, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

This Motion is made following Bristol Farms' advanced notice of intent to move and request for a conference of counsel on July 8, 2020, to which Plaintiff did not respond.

Dated:  July 14, 2022         CONSTANGY, BROOKS, SMITH &
                              PROPHETE, LLP

                              By: /s/ Steven B. Katz
                              Kimberly M. Talley, Esq.
                              Steven B. Katz, Esq.
                              Joanna E. MacMillan, Esq.
                              Lisa Yumi Mitchell, Esq.
                              Attorneys for Defendant
                              BRISTOL FARMS

8366146v1

2

DEFENDANT BRISTOL FARMS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES