KIMBERLY M. TALLEY (SBN 146898)
  ktalley@constangy.com
STEVEN B. KATZ (SBN 139078)
  skatz@constangy.com
JOANNA E. MACMILLAN (SBN 281891)
  jmacmillan@constangy.com
LISA YUMI MITCHELL (SBN 311407)
  lmitchell@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
LOS ANGELES, CA 90067
Telephone: 310.909.7775
Facsimile: 424.465.6630

Attorneys for Defendant
BRISTOL FARMS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA WITT,<br><br>                Plaintiff,<br><br>    vs.<br><br>BRISTOL FARMS, et al.<br><br>                Defendants. | Case No. 3:21-cv-00411-BAS-AGS<br><br>**DECLARATION OF STEVEN B. KATZ IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; EXHIBITS**<br><br>District Judge:  Cynthia Bashant<br>Magistrate Judge:  Andrew G. Schopler<br><br>Complaint Filed:  March 8, 2021 |

I, Steven B. Katz, declare:

1.   I am an attorney in good standing in the State of California and counsel of record for defendant Bristol Farms in this action. I make this declaration on the

8350898v1

1

KATZ DECLARTION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

basis of my own, first-hand knowledge and, if called upon to do so, could and would competently testify to the following facts:

2.  My firm maintains computer time records that are prepared by the timekeeper performing the work (attorney or paralegal) and entered into the system either by the timekeeper themselves, or by staff working under each timekeeper's direct supervision. We require that time entries by prepared when (or shortly after) the work is performed and entered into the system no later than the beginning of the next workweek. Timekeepers who fail timely to enter their time records are subject to discipline and/or monetary fines. Prior to be being billed to clients, all time entries are reviewed by senior attorneys.

3.  Attached as Exhibit A is a true and correct copy of a schedule of time records for fees incurred by Bristol Farms in the course of defending this action. The information in Exhibit A is derived from my firm's timekeeping system and has not been altered, except for correction of typographical errors, reformatting, and removal of time entries for which reimbursement is not being sought. Each record reflects the time and narrative description of work recorded by the indicated timekeeper for the indicated date.

4.  Exhibit A excludes fees incurred by Bristol Farms for this action related to: (a) communications among attorneys responsible for handling a portfolio of cases

for Bristol Farms, even when those communications concern (in part) status and strategy in this action; and (b) related client communications.

5. Exhibit A includes fees incurred by Bristol Farms for this action related to four categories of tasks: (a) preliminary case assessment and investigation (6.1 hours; $2,745.00); (b) preparation of Bristol Farms' motion to dismiss the original complaint (ECF 12 to 12-3, 14, 14-1) (49.6 hours; $28,820.50); preparation of Bristol Farms' motion to dismiss the amended complaint (ECF 29, 29-1, 31) (13.4 hours; $7000.00); miscellaneous work related to plaintiff Salima Witt's unsuccessful attempt to pursue a piecemeal appeal in this action (ECF 22)[1] (6.4 hours; $3,070.00).

6. Exhibit A contains time entries by six timekeepers. All of them charged Bristol Farms a rate substantially lower than their standard rate. This Motion is based on the rates actually charged to Bristol Farms, not the rates customarily charged by the timekeepers to other clients:

   a. I am a senior partner in the firm. I have been a member of the bar for over 30 years, a certified appellate specialist for over 20 years, and have substantial experience with ADA litigation. I participated extensively in the briefing in the case due to the high likelihood that Ms. Witt would appeal an adverse ruling. My

---

[1] The time records contain a typographical error in the narrative for the work I recorded on December 30, 2021: the phrase " . . . little research concerning scene . . ." should read ". . . *legal* research concerning *same* . . ."

8350898v1                                3
KATZ DECLARTION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

standard billing rate is $ 695.00 per hour. I charged Bristol Farms $ 475.00 per hour for my work on this case. I acted as the lead attorney for the action, devising the strategy, directing the work of subordinate attorneys and serving as the principal drafter of the motions to dismiss. I will also be lead counsel in any appeal. My work represents 66.9 hours (73% of the total requested).

    b.  Lisa Yumi Mitchell is an associate in the firm. She has been a member of the bar for 6 years. Her standard billing rate is $ 410.00 per hour, but she charged Bristol Farms $ 350.00 per hour for this case. She billed a total of 16.5 hours working on the two motions to dismiss and request for judicial notice filed in this action, including the fact research concerning Ms. Witt's contemporaneous public statements that were the subject of requests for judicial notice filed with both motions to dismiss. Ms. Mitchell's work represents 16.5 hours (18% of the total requested).

    c.  Joanna Macmillan is a junior partner in the firm. She has been a member of the bar for 10 years. Her standard billing rate is $ 525.00 per hour, but she charged Bristol Farms $ 450.00 per hour for this case. She billed a total of 4.1 hours assisting me with factual and legal research for the motions to dismiss. Ms. Macmillan's work represents 4.1 hours (4.5% of the total requested).

    d.  Renee Turkell Brook is a senior counsel in the firm. She has been a member of the bar for over 30 years. Her standard billing rate is $ 640.00 per hour, but she charged Bristol Farms $ 450.00 per hour for this case. She billed a total of 2.8

hours (3.1% of the total requested) assisting me with factual and legal research for the motions to dismiss.

   e. Amber Munroe and Tamara Sybell are paralegals. Their standard billing rates are, respectively, $ 311.00 and $ 295.00 per hour, but they charged Bristol Farms $284.00 per hour for this case. Together, they billed a total 1.3 hours (1.4% of the total requested) for assisting with internet research concerning the requests for judicial notice.

 I declare under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 14, 2022 at Los Angeles, California.

       /s/ Steven B. Katz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

| | Date | Timekeeper | Hourly Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| **Preliminary Case Assessment** | 3/9/2021 | JOANNA MACMILLAN | $450.00 | 1.1 | $495.00 | Research Plaintiff's social media postings, online articles, blogs, and videos describing her medical condition days prior to the incident alleged in the Complaint. |
| | 3/9/2021 | JOANNA MACMILLAN | $450.00 | 0.6 | $270.00 | Review and analysis of complaint. |
| | 3/10/2021 | JOANNA MACMILLAN | $450.00 | 0.7 | $315.00 | Draft analysis of strategy to respond to Plaintiff's complaint in light of evidence available online relating to her medical condition, including, but not limited to, a potential Motion to Dismiss under Federal Rule of Civil Procedure 12b6. |
| | 3/15/2021 | RENEE TURKELL BROOK | $450.00 | 0.5 | $225.00 | Read plaintiff's Complaint and information regarding plaintiff's disability status. |
| | 3/23/2021 | JOANNA MACMILLAN | $450.00 | 0.4 | $180.00 | Review, analysis, and outline of strategy to respond to Complaint and investigate claims asserted thereto. |
| | 3/23/2021 | RENEE TURKELL BROOK | $450.00 | 0.6 | $270.00 | Telephone conference with S. Katz and J. McMillan regarding investigation of plaintiff's claims and possible motions for dismissal. |
| | 3/25/2021 | RENEE TURKELL BROOK | $450.00 | 1.7 | $765.00 | Research other litigation by plaintiff; research information regarding plaintiff. |
| | 3/31/2021 | JOANNA MACMILLAN | $450.00 | 0.5 | $225.00 | Research possible basis to file a Federal Rules of Civil Procedure Rule 12b6 Motion as to Plaintiff's Americans with Disabilities Act claim. |
| | | Subtotal | | 6.1 | $2,745.00 | |
| **First Motion to Dismiss** | 3/31/2021 | AMBER MUNROE | $284.00 | 0.5 | $142.00 | Download YouTube videos and copy them to the network for case team access. |
| | 4/26/2021 | JOANNA MACMILLAN | $450.00 | 0.5 | $225.00 | Review and analysis of co-defendant's Motion to Dismiss Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). |
| | 4/29/2021 | LISA YUMI MITCHELL | $365.00 | 0.6 | $219.00 | Analyze complaint and co-defendant's motion to dismiss. |
| | 4/29/2021 | LISA YUMI MITCHELL | $365.00 | 0.6 | $219.00 | Review and conduct opposing research on Plaintiff; communicate with K Talley re: case status and intel on Plaintiff. |
| | 5/14/2021 | STEVEN KATZ | $475.00 | 1 | $475.00 | Review opposition to motion to dismiss filed by codefendant; preparation of email to litigation team concerning same; review budget |
| | 8/31/2021 | JOANNA MACMILLAN | $450.00 | 0.3 | $135.00 | Research and gather intelligence on Plaintiff, including vlog articles posted by her relating to her stance on visiting grocery stores during the COVID-19 pandemic. |
| | 8/31/2021 | LISA YUMI MITCHELL | $350.00 | 0.1 | $35.00 | Instruct Tamara Sybel to conduct internet and social media research on Plaintiff. |
| | 8/31/2021 | STEVEN KATZ | $475.00 | 1.5 | $712.50 | Review court docket and proof of service on client; preparation of email to litigation team concerning same; review file; review motion to dismiss file by codefendant; video conference with L. Mitchell regarding fact research for motion to dismiss. |
| | 9/2/2021 | TAMARA SYBEL | $160.00 | 0.8 | $128.00 | Conduct online research on Plaintiff and compile list of videos and other written articles she discussed her cancer diagnoses and status of remission and circulate findings to L. Mitchell for review and next steps. |
| | 9/7/2021 | STEVEN KATZ | $475.00 | 0.5 | $237.50 | Review stipulation; preparation of email to K. Tally regarding same. |
| | 9/8/2021 | STEVEN KATZ | $475.00 | 2.5 | $1,187.50 | Review court order concerning response date; preparation of email to client concerning same; review file; legal research regarding motion to dismiss. |
| | 9/10/2021 | STEVEN KATZ | $475.00 | 1.8 | $855.00 | Legal research concern motion to dismiss. |
| | 9/19/2021 | LISA YUMI MITCHELL | $350.00 | 3.1 | $1,085.00 | Analyze and transcribe relevant portions of videos and articles related to Plaintiff. |
| | 9/20/2021 | LISA YUMI MITCHELL | $350.00 | 4.9 | $1,715.00 | Research relevant authority and prepare request for judicial notice in support of motion to dismiss. |
| | 9/20/2021 | STEVEN KATZ | $475.00 | 5.8 | $2,755.00 | Preparation of motion to dismiss; legal research concerning same. |
| | 9/21/2021 | LISA YUMI MITCHELL | $350.00 | 5 | $1,750.00 | Prepare declaration in support of request for judicial notice. |
| | 9/21/2021 | STEVEN KATZ | $475.00 | 7.8 | $3,705.00 | Preparation of motion to dismiss; legal research concerning same; review and revise request for judicial notice; preparation of email to opposing counsel concerning meeting to confer on same; preparation response to same |
| | 9/22/2021 | LISA YUMI MITCHELL | $350.00 | 1.3 | $455.00 | Revise request for judicial notice and supporting declaration. |
| | 9/22/2021 | STEVEN KATZ | $475.00 | 3.5 | $1,662.50 | Preparation of motion to dismiss; legal research concerning same; review and revise request for judicial notice. |
| | 9/23/2021 | LISA YUMI MITCHELL | $350.00 | 0.6 | $210.00 | Analyze standing orders and prepare notice of motion |
| | 9/23/2021 | STEVEN KATZ | $475.00 | 3.5 | $1,662.50 | Preparation of motion to dismiss; legal research concerning same; review and revise request for judicial notice; preparation of email to client concerning same. |
| | 9/24/2021 | LISA YUMI MITCHELL | $350.00 | 0.1 | $35.00 | Revise notice of motion and motion to dismiss. |
| | 9/24/2021 | STEVEN KATZ | $475.00 | 2.8 | $1,330.00 | Review email from client concerning motion to dismiss; review and revise motion related papers; finalize same for filing; prepare email to opposing counsel regarding meet and confer; review response to same; telephone conference with opposing counsel in order to confer over pending motion to dismiss. |
| | 9/30/2021 | STEVEN KATZ | $475.00 | 0.5 | $237.50 | Legal research concerning new rulings pertinent to pending motion to dismiss. |

| | Date | Timekeeper | Hourly Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| **First Motion to Dismiss** | 10/11/2021 | STEVEN KATZ | $475.00 | 1.3 | $617.50 | Preparation of reply in support of motion to dismiss; legal research concerning same. |
| | 10/12/2021 | STEVEN KATZ | $475.00 | 2.5 | $1,187.50 | Preparation of reply in support of motion to dismiss; legal research concerning same. |
| | 10/13/2021 | STEVEN KATZ | $475.00 | 2.5 | $1,187.50 | Preparation of reply in support of motion to dismiss; legal research concerning same. |
| | 10/14/2021 | STEVEN KATZ | $475.00 | 4.5 | $2,137.50 | Preparation of reply in support of motion to dismiss; legal research concerning same. |
| | 10/15/2021 | STEVEN KATZ | $475.00 | 2 | $950.00 | Preparation of reply in support of motion to dismiss; legal research concerning same. |
| | 10/16/2021 | STEVEN KATZ | $475.00 | 1.5 | $712.50 | Preparation of reply in support of motion to dismiss; legal research concerning same; review email from client with comments on draft; revise draft in response to same. |
| | 10/18/2021 | STEVEN KATZ | $475.00 | 1 | $475.00 | Review and revise reply in support of motion to dismiss; finalize same for filing. |
| | 11/9/2021 | STEVEN KATZ | $475.00 | 0.8 | $380.00 | Review and analyze order from court dismissing codefendant; video conference with litigation team regarding status and strategy. |
| | | Subtotal | | 49.6 | $28,820.50 | |
| **Second Motion to Dismiss** | 4/5/2022 | STEVEN KATZ | $525.00 | 4.3 | $2,257.50 | Review amended complaint; preparation of email to client concerning same; preparation of motion to dismiss. |
| | 4/11/2022 | STEVEN KATZ | $525.00 | 1.8 | $945.00 | Preparation of meet and confer email; review and revise motion to dismiss . |
| | 4/13/2022 | STEVEN KATZ | $525.00 | 0.3 | $157.50 | Preparation of email to opposing counsel concerning motion to dismiss. |
| | 4/18/2022 | STEVEN KATZ | $525.00 | 0.5 | $262.50 | Review and revise motion to dismiss; prepare same for filing. |
| | 4/28/2022 | LISA YUMI MITCHELL | $350.00 | 0.2 | $70.00 | Determine when San Diego County lifted mask mandates. |
| | 5/10/2022 | STEVEN KATZ | $525.00 | 2.5 | $1,312.50 | Review opposition to motion to dismiss; preparation of reply. |
| | 5/11/2022 | STEVEN KATZ | $525.00 | 0.8 | $420.00 | Review opposition to motion to dismiss; preparation of reply. |
| | 5/12/2022 | STEVEN KATZ | $525.00 | 0.5 | $262.50 | Review opposition to motion to dismiss; preparation of reply; preparation of email to client concerning same. |
| | 5/16/2022 | STEVEN KATZ | $525.00 | 1.5 | $787.50 | Review and revise reply in support of motion to dismiss; preparation of email to client concerning same; finalizing for five. |
| | 6/30/2022 | STEVEN KATZ | $525.00 | 1 | $525.00 | Review ruling on motion to dismiss and judgment; preparation of email to client concerning same; legal research concerning potential motion for attorneys fees. |
| | | Subtotal | | 13.4 | $7,000.00 | |
| **Misc.** | 12/20/2021 | STEVEN KATZ | $475.00 | 0.3 | $142.50 | Review OSC from Ninth Circuit; preparation of email to client concerning same. |
| | 12/30/2021 | STEVEN KATZ | $475.00 | 5.5 | $2,612.50 | Review ex parte application file by plaintiff for entry of separate judgment; little research concerning scene; preparation of multiple emails to client concerning same; preparation of opposition to ex parte application; finalize same for filing. |
| | 1/6/2022 | STEVEN KATZ | $525.00 | 0.3 | $157.50 | Review petition to dismiss appeal; preparation of email to client concerning saying. |
| | 3/11/2022 | STEVEN KATZ | $525.00 | 0.3 | $157.50 | Preparation of email to client concerning ruling on motion. |
| | | Subtotal | | 6.4 | $3,070.00 | |
| | | GRAND TOTAL | | | $41,635.50 | |